IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ACTION MARINE, INC., et al. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:01-cv-994-F |
| ) | |
| CONTINENTAL CARBON COMPANY, ) | (WO) |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

**<u>FINAL JUDGMENT AS TO CLAIMS FOR INJUNCTIVE RELIEF</u>**

Pursuant to Federal Rules of Civil Procedure 54(b) and 58 and in accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) Consistent with this Court's Injunctive Relief Order of July 5, 2005, judgment is entered in favor of Plaintiffs and against Defendants on the claims for injunctive relief.

(2) Costs are taxed in favor of Plaintiffs and against Defendants as set forth in this Court's Injunctive Relief Order of July 5, 2005, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to entry this document on the civil docket as a final judgment on Plaintiffs' claims for injunctive relief pursuant to Federal Rules of Civil Procedure 54(b) and 58.

(4) Judgment having been entered as to all claims[1] in this action, the Clerk of the Court is directed to close this file.

DONE this the 5th day of July, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On January 31, 2005, this Court entered a Final Judgment as to Claims Submitted to the Jury (Doc. # 241). This judgment was entered on all of Plaintiffs' claims except for their claims for injunctive relief. This Court has now entered its order on that relief. Accordingly, with the entry of this judgment, all claims have been resolved and the action may be closed. The Court is aware of the pendency of Defendants' motions relating to certain post judgment relief, but the pendency of those motions will not be affected by the closing of the file.