IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ACTION MARINE, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:01-cv-994-MEF |
| | ) |
| CONTINENTAL CARBON, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On June 13, 2007, the United States Magistrate Judge entered a Recommendation (Doc. # 360) that sanctions be imposed against defendants because they withheld evidence during pretrial discovery in bad faith and in violation of prior orders of this Court.  The Magistrate Judge found that because of defendants' discovery violations, the plaintiffs were prejudiced in their presentation of evidence to the jury and on appeal.  On June 26, 2007, defendants filed Defendants' Objections to Magistrate Judge Capel's June 13, 2007,[sic] Report and Recommendation (Doc. # 361).

As an initial matter, the Court finds that the defendants' objections to the Recommendation of the Magistrate Judge are largely without merit and most of the objections are due to be overruled.  Indeed, in nearly all respects, the Court is persuaded by the factual findings and the legal reasoning of the Magistrate Judge set forth in the Recommendation.

Accordingly, after an independent review of the entire file in this matter, it is the

ORDER, JUDGMENT, and DECREE of the Court:

a. That the objections filed by defendants (Doc. # 361), are OVERRULED in part and SUSTAINED in part as set forth below;

b. To the extent that the Recommendation (Doc. # 360) includes punitive sanctions of $26,470 payable to the Court, the Recommendation is REJECTED and the defendants' objection to that portion of the Recommendation is SUSTAINED.  In all other respects, the defendants' objections are OVERRULED and the Recommendation of the Magistrate Judge (Doc. # 360) is ACCEPTED and hereby ADOPTED as the opinion of this Court;

c. To the extent that plaintiffs' motions (Doc. # 293, Doc. # 308, and Doc. # 308-1) seek an award of monetary sanctions against defendants for their conduct during discovery, those motions are GRANTED.  Consistent with the Recommendation of the Magistrate Judge (Doc. # 360), it is hereby ORDERED that sanctions are imposed against Continental Carbon Company, Inc. and China Synthetic Rubber Corporation, jointly and severally, in the amount of $120,945.59.

DONE this the 9th day of August, 2007.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE